NUMBER 13-08-00427-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JAIME LEAL, Appellant,


v.



CITY OF BROWNSVILLE, TEXAS, Appellee.

_____________________________________________________________


On appeal from the County Court at Law No. 1


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Jaime Leal, appealed a judgment entered by the County Court at Law No.
1 of Cameron County, Texas. On July 3, 2008, the Clerk of this Court notified appellant
that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). 
See Tex. R. App. P. 9.5(e). The Clerk directed appellant to file an amended notice of
appeal with the district clerk's office within 30 days from the date of that notice. On
October 14, 2008, the Clerk notified appellant that the defect had not been corrected and
warned appellant that the appeal would be dismissed if the defect were not cured within
ten days. See Tex. R. App. P. 42.3(b),(c). To date, the defect has not been corrected. 

 The Court, having considered the documents on file and appellant's failure to
correct this defect, is of the opinion that the appeal should be dismissed. See id.
42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of February, 2009.